IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>                v.<br>$8,664.00 IN UNITED STATES CURRENCY, ONE CASHIER'S CHECK IN THE AMOUNT OF $300 AND ONE LADY'S DIAMOND ENGAGEMENT RING,<br><br>    Defendants. | Civil Action No.<br>1:14-CV-3621-CAP |

## ORDER

This case is before the Court on Plaintiff's Motion to Lift the Stay. Because the only claimant in this action, Curel Taylor, has plead guilty in the related criminal case pending in the Southern District of Georgia, there is no further need to stay this case.

It is hereby ORDERED, that for good cause shown, Plaintiff's Motion to Lift the Stay is GRANTED and this case be reopened.

SO, ORDERED this _____ day of _____, 2018.

_____
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE

Prepared and presented by:

/s/ Dahil D. Goss
DAHIL D. GOSS
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 302905